**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:

    Joel Mendoza                             Case No.: 18-03898
                                               Chapter: 7
        Debtor,                             Judge: Scott W. Dales

_____/

**ORDER TERMINATING THE AUTOMATIC STAY FOR THE REAL PROPERTY LOCATED 6704 RUBY GLASS RD., LANSING, MI 48917**

This matter came to be considered on the Motion for Termination from Stay (the "Motion") filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"). Movant has alleged that good cause exists for granting the Motion and that Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice and opportunity to object to the Motion. The Debtor filed a response to the Motion, and the Court set hearing on the matter for December 6, 2018. At the hearing held on December 6, 2018, the Motion was granted.

Based on this, it appears appropriate to grant the relief requested.

**NOW THEREFORE;**

**IT IS HEREBY ORDERED** that the Motion is granted and the automatic stay imposed by 11 U.S.C. § 362 is terminated with respect to the Movant.

**IT IS FURTHER ORDERED** that the automatic stay imposed by 11 U.S.C. § 362 is terminated with respect to the enforcement of the lien as it relates to the property located at 6704 Ruby Glass Rd., Lansing, MI 48917.

**IT IS FURTHER ORDERED** that this order shall remain in effect, notwithstanding the conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

**IT IS FURTHER ORDERED** that at Movant's sole discretion and in order to avoid foreclosure of said property, Movant may offer and provide Debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement or other Loan Workout/Loss Mitigation options and the parties may enter into any such agreement with Debtor to the extent permitted by the law. Movant may also continue to protect its lien pursuant to the terms of security instrument, to the extent allowed by law. Movant may not enforce or threaten any personal liability against Debtor if Debtor' personal liability is discharged in this bankruptcy case or while the case remains pending.

END OF ORDER

**IT IS SO ORDERED.**

**Dated December 9, 2018**



_____
Scott W. Dales
United States Bankruptcy Judge